NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

NATALYA HAMPEL,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2011-5068

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-542, Judge Edward J. Damich.

---

## ON MOTION

---

## O R D E R

The United States moves out of time for a 14-day extension of time, until May 24, 2011, to file its informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 1 6 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Natalya Hampel
Matthew F. Scarlato, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 6 2011

JAN HORBALY
CLERK